THE CAROLINA BANK, INC. v. JOHN I. LEE AND WIFE, DOROTHY T. LEE

No. 7410SC1041

(Filed 19 March 1975)

APPEAL by defendants from *Bailey, Judge.* Judgment entered 30 July 1974 in Superior Court, WAKE County. Heard in the Court of Appeals 17 February 1975.

*Dillard M. Powell for plaintiff appellee.*

*Richard B. Conely for defendant appellants.*

BROCK, Chief Judge, VAUGHN and MARTIN, Judges.

For the reasons and purpose stated in No. 7410SC883 filed this day, judgment is reversed and the case is remanded.